United States District Court
Southern District of Texas
**ENTERED**
August 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERICAN TECHNOLOGIES, INC., § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-1037 |
| § | |
| COPPERTREE APARTMENTS LLC; dba § COPPERTREE INVESTMENTS II LLC, *et al*, § § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Third Party Defendant the Cone Company, Inc.'s Motion to Dismiss (Doc. No. 54) and Judge Stacy's Memorandum and Recommendation (Doc. No. 62) that the Court grant the Movant's Motion to Dismiss.

Upon review, the Court agrees with the Magistrate Judge's conclusion that there is no authority that would allow for the exercise of personal jurisdiction over Defendant Cone based on the sole fact that the Coppertree Property is located in the State of Texas, the Court is without personal jurisdiction over Defendant Cone. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 62) is **ADOPTED** and Third Party Defendant the Cone Company, Inc.'s Motion to Dismiss (Doc. No. 54) is **GRANTED**.

SIGNED at Houston, Texas, this ___13th___ day of August 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE